IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JERMAIN D. LEWIS                                                                         PLAINTIFF

v.                      Civil No. 4:17-cv-04051

BRANDON KENNEMORE, Ashdown
Police Department; ASHDOWN POLICE
DEPARTMENT; LITTLE RIVER SHERIFF'S
DEPARTMENT; JULIE SMITH; and
MICKEY BUCHANAN, Attorney                              DEFENDANTS

## ORDER

Plaintiff filed this case *pro se* on July 6, 2017 pursuant to 42. U.S.C. § 1983. ECF No. 1. His Application to Proceed *in forma pauperis* was granted that same day. ECF No. 3.

In addition to others, Plaintiff has named the Ashdown Police Department and the Little River Sheriff Department as defendants in this matter. The police department and sheriff department are buildings and not persons subject to suit under 42 U.S.C § 1983. *See e.g., Dean v. Barber*, 951 F.2d 1210, 1214 (11th Cir. 1992)("[s]heriff's departments and police departments are not usually considered legal entities subject to suit").

Plaintiff is given until **August 22, 2017** to file a supplement to his Complaint. In the Supplement Plaintiff should name as defendants those individuals employed with the Ashdown Police Department and the Little River Sheriff Department who he believes violated his federal constitutional rights. Plaintiff should specify what each person did or failed to do that violated his rights.

Plaintiff is advised that he is required to immediately inform the Court of any change of address. **If Plaintiff is transferred to another jail or prison, he shall have 30 days from the date of transfer in which to notify the Court of his new address.** Plaintiff shall submit a change

of address on a separate piece of paper entitled "Notice to the Court of Change of Address" and not include any motions or otherwise request relief in this document. The notice shall contain only information pertaining to the address change. Failure to inform the Court of an address change may result in the dismissal of this case.

      **IT IS SO ORDERED** this 1st day of August 2017.

      /s/ Barry A. Bryant
      HON. BARRY A. BRYANT
      UNITED STATES MAGISTRATE JUDGE