IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JERMAIN D. LEWIS                                                                                      PLAINTIFF

v.                                          Civil No.4:17-cv-04051

BRANDON KENNEMORE; JULIE SMITH;
SHERIFF BOBBY WALRAVEN, Little River
County, Arkansas on behalf of JOHN
DOE DEPUTIES 1 - 4; CARL FARMER,
KIMBERLY GEISER STRUBE, City of
Ashdown Police Department; and
JOSEPH W. GAINES                                                                                 DEFENDANTS

## ORDER

Before the Court is a Motion to Withdraw as Counsel filed by Jonathan C. Hill and C. Burt Newell. (ECF No. 23). Counsel entered an appearance and filed an answer on behalf of Defendant Sheriff Bobby Walraven on October 16, 2017. Defendant Walraven is being terminated from this lawsuit as a defendant.

Accordingly, Jonathan C. Hill and C. Burt Newell's Motion to Withdraw as Counsel (ECF No. 23) is **GRANTED.**

**The Clerk is DIRECTED to terminate Jonathan C. Hill and C. Burt Newell as counsel for Defendant Sheriff Bobby Walraven.**

**IT IS SO ORDERED THIS 31st day of October 2017.**

                                                  /s/ Barry A. Bryant
                                                  HON. BARRY A. BRYANT
                                                  UNITED STATES MAGISTRATE JUDGE