IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JERMAIN D. LEWIS                                                                                    PLAINTIFF

v.                                            Civil No.4:17-cv-04051

BRANDON KENNEMORE;
JULIE SMITH; SHERIFF BOBBY
WALRAVEN, Little River County,
Arkansas on behalf of JOHN
DOE DEPUTIES 1 - 4; CARL FARMER,
Ashdown Police Officer; and
KIMBERLY GEISER STRUBE,
Ashdown Police Officer, and JOSEPH
W. GAINES                                                                                          DEFENDANTS

## ORDER

Plaintiff Jermain D. Lewis, currently an inmate of the Delta Regional Unit of the Arkansas Department of Correction, filed his Complaint *pro* se under 42 U.S.C. § 1983 on July 6, 2017. ECF No. 1.

Defendant Bobby Walraven the Sheriff of Little River County, Arkansas, was added as a defendant in this lawsuit solely for the purpose of identifying certain John Doe Defendants. The individual has now been identified and added as a defendant.

**Accordingly, the Clerk is DIRECTED to terminate Sheriff Bobby Walraven as a Defendant in this lawsuit.**

**IT IS SO ORDERED this 31st day of October 2017.**

                                               /s/ Barry A. Bryant
                                               HON. BARRY A. BRYANT
                                               UNITED STATES MAGISTRATE JUDGE