IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JERMAIN D. LEWIS                                                                                PLAINTIFF

v.                                        Civil No.4:17-cv-04051

BRANDON KENNEMORE;
JULIE SMITH; JOHN DOES
1 – 5, Ashdown Police Department;
JOHN DOE DEPUTIES 1 – 4, Little
River Sheriff's Department; CARL FARMER,
Ashdown Police Officer; and
KIMBERLY GEISER STRUBE,
Ashdown Police Officer, and JOSEPH
W. GAINES                                                                                       DEFENDANTS

## ORDER

Plaintiff Jermain D. Lewis, currently an inmate of the Delta Regional Unit of the Arkansas Department of Correction, filed his Complaint *pro* se under 42 U.S.C. § 1983 on July 6, 2017. (ECF No. 1). Defendant John Does 1 – 5 with the Ashdown Police Department and Defendant John Does 1 – 4 with the Little River Sheriff's Department were named as defendants in this lawsuit only until certain individuals with each department could be identified. The proper individuals from each department have now been identified and added as defendants.

**Accordingly, the Clerk is DIRECTED to terminate Defendant John Does 1 – 5 with the Ashdown Police Department and Defendant John Does 1 – 4 with the Little River Sheriff's Department as defendants in this lawsuit.**

**IT IS SO ORDERED this 7th day of November 2017.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE