IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JERMAIN D. LEWIS                                                                                    PLAINTIFF

v.                                         Civil No.4:17-cv-04051

BRANDON KENNEMORE;
JULIE SMITH; CARL FARMER, City
of Ashdown Police Department;
KIMBERLY GEISER STRUBE, City of
Ashdown Police Department; and
JOSEPH W. GOINGS, Little River
Sheriff Department                                                                                 DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion for Default Judgment against Defendant Julie Smith. (ECF No. 39). On October 24, 2017, the summons issued to Defendant Smith was returned indicating she had not been served. ECF No. 21. However, an error was made and the entry on the Court's docket indicated Defendant Smith had been served. On November 20, 2017, the error was corrected on the docket correctly noting that Defendant Smith has not been served. (ECF No. 40).

Accordingly, Plaintiff's Motion for Default Judgment (ECF No. 39) is **DENIED**.

**Plaintiff is given until December 5, 2017, to provide the Court with a proper address for service on Defendant Smith. Failure to provide a proper address for service will result in termination of Julie Smith as a defendant in this lawsuit.**

**IT IS SO ORDERED this 21st day of December 2017.**

                                                                /s/ Barry A. Bryant_____
                                                                HON. BARRY A. BRYANT
                                                                UNITED STATES MAGISTRATE JUDGE