IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JERMAIN D. LEWIS                                                                                                PLAINTIFF

v.                                              Civil No. 4:17-cv-04051

BRANDON KENNEMORE, Ashdown
Police Department; JULIE SMITH; CARL
FARMER; KIMBERLY GEISER STRUBE;
And JOSEPH GOINGS                                                                                         DEFENDANTS

## ORDER

Plaintiff Jermain D. Lewis filed this 42 U.S.C. § 1983 action *pro se* and *in forma pauperis* on July 6, 2017. (ECF No. 1). Before the Court are Plaintiff's Motions to Supplement Complaint. (ECF Nos. 46, 54).

Plaintiff's Motion to Supplement Complaint (ECF No. 54) is **GRANTED.** The Clerk is **DIRECTED** to file Plaintiff's Supplement to his Complaint. The Clerk is also **DIRECTED** to add Defendant Tatum as a defendant in this lawsuit.

Plaintiff's Motion to Supplement Complaint (ECF No. 46) is **DENIED AS MOOT.**

**IT IS SO ORDERED this 8th day of January 2018.**

                                      /s/ Barry A. Bryant_____
                                      HON. BARRY A. BRYANT
                                      UNITED STATES MAGISTRATE JUDGE